IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| HARVEY L. ERNST, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-cv-0291-MJR |
| ) | |
| CITY OF HIGHLAND, ILLINOIS ) | |
| and CHRISTOPHER CONRAD, ) | |
| ) | |
| Defendants. ) | |

ORDER DISMISSING COUNT II

REAGAN, District Judge:

On April 19, 2007, Harvey Ernst filed a five-count complaint in this Court against the City of Highland, Illinois and Police Officer Christopher Conrad. On May 31, 2007, Defendants answered Counts I, III, IV and V and separately moved to dismiss Count II (*see* Docs. 14, 15). Plaintiff Ernst had a July 9, 2007 deadline to oppose the dismissal of Count II – a claim against the City of Highland under 42 U.S.C. § 1988.

Defendants' dismissal motion argued that the City could not be held vicariously liable under a theory of respondeat superior for any alleged constitutional violation of Ernst's rights by Officer Conrad. The motion further noted that punitive damages (sought by Ernst in Count II against the City) are not recoverable against a municipality.

On July 9th, Ernst moved to voluntarily dismiss Count II. Ernst's counsel concedes (Doc. 18): "defendant's arguments in its Motion to Dismiss Count II are well-taken," and having "discussed same with counsel for defendant," plaintiff "moves to voluntarily dismiss Count II ... without prejudice," with defense counsel agreeing to "not seek costs" for filing the dismissal motion.

Having careful reviewed the parties' pleadings, the Court **GRANTS** Plaintiff's motion (Doc. 18) and **DISMISSES** without prejudice Count II (the § 1988 claim against the City). This **RENDERS MOOT** Defendants' May 31, 2007 dismissal motion as to Count II (Doc. 15). The Court notes that both Defendants still remain in the case following the dismissal of Count II, as they are named in the remaining counts of the complaint.

For ease of reference as the case goes forward, the Court **DIRECTS** Plaintiff Ernst to file a First Amended Complaint containing the four remaining claims, sequentially renumbering those with Arabic numbers (Counts 1, 2, 3 and 4) as opposed to the oft-confusing Roman numerals. The amended complaint must be filed by **July 27, 2007**.

IT IS SO ORDERED.

DATED this 10th day of July 2007.

s/ Michael J. Reagan
Michael J. Reagan
United States District Judge